UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KENITHIA ALSTON, individually and as Special Administrator to the Estate of Marqueese Alston,<br><br>*Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et al.,*<br><br>*Defendants*. | 20-cv-1515 (JMC) |

**DEFENDANTS METROPOLITAN POLICE DEPARTMENT OFFICERS CALEB DEMERITT AND RONALD KOCH'S NOTICE OF APPEAL**

Please take notice that Defendants Metropolitan Police Department Officers Caleb Demeritt and Ronald Koch hereby appeal to the U.S. Court of Appeals for the District of Columbia Circuit this Court's March 24, 2025 Order partially denying Defendants' Motion to Dismiss [40].

Date: April 22, 2025

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Steven N. Rubenstein*
STEVEN N. RUBENSTEIN [1013094]
Chief, Civil Litigation Division Section V

*/s/ David B. Jastrab*
DAVID B. JASTRAB [1048299]
AARON FINKHOUSEN [1010044]
Assistant Attorneys General
400 Sixth Street NW

Washington, D.C. 20001
(202) 309-8882
david.jastrab@dc.gov

*Counsel for Defendants*